**DISMISS; and Opinion Filed May 21, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00630-CV

**DAONN JONES & ALL OCCUPANTS, Appellants**
**V.**
**ANTHONY DEMUS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-02102-C**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Osborne

Appellants' brief in this case is overdue. By postcard dated April 15, 2019, we notified appellants the time for filing their brief had expired. We directed appellants to file a brief and an extension motion within ten days. We cautioned appellants that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellants have not filed their brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Leslie Osborne/
LESLIE OSBORNE
180630F.P05                                    JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DAONN JONES & ALL OCCUPANTS, Appellants

No. 05-18-00630-CV      V.

ANTHONY DEMUS, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-18-02102-C.
Opinion delivered by Justice Osborne, Justices Schenck and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee ANTHONY DEMUS recover his costs, if any, of this appeal from appellants DAONN JONES & ALL OCCUPANTS.

Judgment entered this 21st day of May, 2019.